FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  JOHN H. BRINK (SBN 28018)
   KATHRYN E. VAN HOUTEN (SBN 143402)
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

6

7                UNITED STATES DISTRICT COURT

8           FOR THE CENTRAL DISTRICT OF CALIFORNIA

                                       10 CV-347 ABC (AGRx)
9  UNITED STATES OF AMERICA,  )  Case No: ~~ACV-09-MC-00291~~
10                            )
                              )
11                            )
             Plaintiff,       )  ORDER FOR APPEARANCE
12    vs.                     )  AND EXAMINATION OF
                              )  JUDGMENT DEBTOR
13 MARK D. LITTLE             )
                              )
14           Defendant.       )
                              )
15 ─────────────────────────

16    Upon reading the foregoing Declaration, and it appearing that this is a proper

17 case for the appearance of said MARK D. LITTLE, for application of plaintiff;

      IT IS ORDERED THAT MARK D. LITTLE, shall appear personally before
18
   United States Magistrate Judge _Rosenberg_, in Courtroom _D_ of the
19
   United States District Courthouse, located at **312 N. Spring Street, Los Angeles,**
20
   **California 90012**; on February _23_, 2010 at _10:00 a.m._ to furnish information to aid
21
   in enforcement of a money judgment against you. ~~You are also ordered to bring~~
22
   ~~with you the documents or objects on the attached list, in your possession or~~
23
   ~~control.~~
24

25
   **NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE**
26
   **TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE**
27
   **SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF**
28

                                    1

**COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. See CCP 708.110(e).**

DATED: This 19th day of January, 2010

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE